EEOC Form 5 (07/24)

# Amended Charge of Discrimination

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency Charge No. |
|---|---|
| EEOC | 425-2024-01682 |

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Lauren Rector
Home Phone:   850-291-0537
Year of Birth:   1991
Street Address:   12200 old hwy 67 Lot 102
BILOXI, MS 39532

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.
Name: HOME OF GRACE
No. Employees, Members: 15 - 100 Employees
Phone No.:
Street Address:   14200 JERICHO RD

VANCLEAVE, MS 39565

Name:
No. Employees, Members:
Phone No.:
Street Address:

Discrimination Based On:
Pregnancy, Sex

Date(s) Discrimination Took Place
Earliest: 08/12/2024
Latest: 08/12/2024

The Particulars are:

I have been employed with respondent since December 2023 as a staff on duty employee. On August 12, 2024, I was informed by my employer that I was being terminated due to my pregnancy.

I believe I was discriminated against based on my sex (pregnancy), in violation of Title VII of the Civil Rights Act of 1964, as amended and the Pregnant Workers Fairness Act.

I file this charge on behalf of women whose employment was terminated because of a condition related to their sex, pregnancy. I assert actions arising from Title VII of the Civil Rights Act of 1964, as amended, and the Pregnant Workers Fairness Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.
I declare under penalty of perjury that the above is true and correct.

Digitally Signed By: Lauren Rector

Exhibit "A"

EEOC Form 5 (07/24)

10/01/2024
_____
Charging Party Signature & Date

NOTARY – When necessary for State and Local Agency Requirements

_____
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____
Signature of Complainant

Subscribed and sworn to before me this date: _____